United States District Court
Southern District of Texas
**ENTERED**
March 25, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BMC SOFTWARE, INC., § § Plaintiff, § § vs. § § INTERNATIONAL BUSINESS § MACHINES CORPORATION, § § Defendant. § § | Case No. 4:17-cv-2254 |

## ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL

The Court has considered Defendant IBM's Unopposed Motion for Leave to File Under Seal Its Supplemental Objections to Testimony of Alan Ratliff (the "Motion to Seal"), and the Motion to Seal is GRANTED.

IT IS THEREFORE ORDERED that the Court Clerk is directed to place Defendant IBM's Supplemental Objections to Testimony of Alan Ratliff under seal, without further order of the Court.

SIGNED this  25th  day of  March , 2022.

_____
Hon. Gray H. Miller