United States District Court
Southern District of Texas
**ENTERED**
March 30, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BMC SOFTWARE, INC., | § | |
| | § | |
| Plaintiff, | § | CASE NO. 4:17-cv-2254 |
| | § | |
| vs. | § | |
| | § | JURY TRIAL DEMANDED |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | § § § | |
| Defendant. | § | |

### ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL

The Court has considered BMC's Unopposed Motion for Leave to File BMC's Response in Opposition to IBM's Objection to BMC's Designated Testimony of Kendyl Román Under Seal. The request is hereby GRANTED.

The Clerk is directed to place BMC's Response in Opposition to IBM's Objection to BMC's Designated Testimony of Kendyl Román under seal without further order of the Court. BMC is ordered to file a public version of the Response with the Information it requests be kept sealed from the public redacted by no later than April 22, 2022.

Signed in Houston, Texas this  30th  day of  March , 2022.

_____
Honorable Gray H. Miller
Senior United States District Judge