# Exhibit A-1

**BMC Software Inc. vs. International Business Machines Corporation**
**Case No. 4:17-cv-2254**

BMC Fee Summary

| Timekeeper | Billed Hours | Hourly Rate | Fee Billed |
|---|---:|---:|---:|
| Allis, Hayley | 166.50 | 250.00 | $41,625.00 |
| Amigues-MacRae, Rona | 6.10 | 565.00 | $3,446.50 |
| Bishop, Mary D. | 0.90 | 720.00 | $648.00 |
| Carr, Jaclyn | 1,318.51 | 385.00 | $507,626.35 |
| Chin, Samantha | 3.75 | 310.00 | $1,162.50 |
| Condro, Grace E. | 12.20 | 385.00 | $4,697.00 |
| Davis, David | 18.26 | 250.00 | $4,565.00 |
| Desai, Sonal | 0.80 | 260.00 | $208.00 |
| Dodson, Christopher L. | 4,153.50 | 617.00 | $2,562,725.50 |
| Dunbar, Jeremy | 909.60 | 385.01 | $350,205.00 |
| Durham, Anna | 8.00 | 250.00 | $2,000.00 |
| Edmunds, Chase | 41.50 | 250.00 | $10,375.00 |
| Ennis, Chad | 2.30 | 630.00 | $1,449.00 |
| Eoff, Liza | 6,322.80 | 394.00 | $2,491,206.30 |
| Estes, Robert | 5.40 | 287.78 | $1,554.00 |
| Ferazzi, Katherine | 23.00 | 250.00 | $5,750.00 |
| Fogel, Madeline | 11.72 | 250.00 | $2,930.00 |
| Geiger, Timothy R. | 5,096.30 | 565.00 | $2,879,409.50 |
| Go, Rafael | 4.00 | 250.00 | $1,000.00 |
| Gonzales, George M. | 1.05 | 165.00 | $173.25 |
| Gorman, Sean | 5,434.80 | 850.00 | $4,619,580.00 |
| Grant, Meredith | 8.00 | 250.00 | $2,000.00 |
| Hance, Jonathon | 26.60 | 635.00 | $16,891.00 |
| Hang, Laura | 50.10 | 495.00 | $24,799.50 |
| Harris, Warren W. | 8.80 | 850.00 | $7,480.00 |
| Hecht, Jill | 6.62 | 200.00 | $1,324.00 |
| Hemli, Daniel E | 77.90 | 885.00 | $68,941.50 |
| Ho, Yvonne Y. | 620.70 | 567.07 | $351,980.10 |
| Java, Jacqueline R. | 6.40 | 565.00 | $3,616.00 |
| Kowalsky, Julia | 2.00 | 250.00 | $500.00 |
| Lancaster, Diane M. | 196.45 | 565.00 | $110,994.25 |
| Lawton, David L. | 0.20 | 840.00 | $168.00 |
| Legg, Scott E. | 1.50 | 310.00 | $465.00 |
| Leslie, Jill | 89.30 | 250.00 | $22,325.00 |
| Lira, Natalie | 1.20 | 260.00 | $312.00 |
| Little, Jennifer | 744.40 | 385.00 | $286,594.00 |
| Mahoney, William | 10.25 | 250.00 | $2,562.50 |
| Maloney, Meagan | 52.06 | 250.00 | $13,015.00 |
| Mason, Kyle | 2,192.85 | 308.03 | $675,470.60 |
| Mendelson, Ruth | 11.90 | 266.89 | $3,176.00 |
| Michel, Stephani | 53.20 | 200.00 | $10,640.00 |
| Miller, Patrick | 6.81 | 260.00 | $1,770.60 |
| Molin, Drewe | 706.90 | 304.82 | $215,479.00 |
| Monkhouse, Douglas F. | 11.70 | 505.00 | $5,908.50 |
| Myers, Ryan | 141.90 | 500.00 | $73,353.50 |
| Ngo, Chris | 179.65 | 160.00 | $35,613.50 |
| Oldham, Jeffrey L. | 1,075.90 | 670.00 | $740,293.00 |
| Pate, Cheyenne J | 3.70 | 505.00 | $1,868.50 |
| Puente, Daisy | 1,442.13 | 385.00 | $555,220.05 |
| Reasoner, Matthew | 541.39 | 308.68 | $167,117.50 |
| Riddle, Alex | 53.45 | 250.00 | $13,362.50 |
| Roffwarg, Aaron P. | 30.25 | 394.00 | $11,918.50 |
| Sapp, MK | 17.20 | 250.00 | $4,300.00 |
| Shargel, David A. | 19.80 | 617.00 | $12,216.60 |
| Simons, Walter | 3,132.00 | 385.00 | $1,205,820.00 |
| Sitton, Colleen | 6.50 | 200.00 | $1,300.00 |
| South, Georgette | 1,915.00 | 265.00 | $507,475.00 |
| Steckman, Britt | 67.70 | 565.00 | $38,250.50 |
| Sutherland, Ross | 47.00 | 200.00 | $9,400.00 |
| Taggart, Drew | 104.4 | 450.7902299 | $47,062.50 |
| Thoms, Cole | 667.6 | 310 | $206,956.00 |
| Toro, Paula | 34.2 | 200 | $6,840.00 |
| Vann, Melissa L. | 3.11 | 253.5369775 | $788.50 |
| Watkin, Damian | 2.15 | 617 | $1,326.55 |
| Wilde, Carlton | 147.8 | 450 | $70,410.00 |
| Wolf, Jay (Edward J.) | 74.2 | 314.5215633 | $23,337.50 |
| Wolf, Shannon | 1 | 775 | $775.00 |
| Wulfe, Mark | 44.1 | 395.6417234 | $17,447.80 |
| Zeve, Andrew W. | 611.1 | 617 | $377,048.70 |
| **Fees Billed at 2017 Rates** | | | **$19,450,670.15** |
| **Time Written-Off** | | | $597,467.85 |
| **Additional Discount** | | | $724,148.41 |
| **Total Fees Billed** | | | **$18,129,053.89** |