# EXHIBIT A-1

| Name | Title | Total Hrs | Avg Billing Rate | Total Billed |
|---|---|---:|---:|---:|
| Rachel Epstein | Partner | 5,936.90 | $ 783.83 | $ 4,653,525.67 |
| Donald Reinhard | Associate | 6,919.80 | $ 587.63 | $ 4,066,276.02 |
| Wesley Hartman | Associate | 6,487.50 | $ 561.14 | $ 3,640,427.73 |
| Richard I. Werder Jr. | Partner | 2,902.50 | $ 1,209.32 | $ 3,510,057.40 |
| James Meehan | Associate | 4,049.30 | $ 552.04 | $ 2,235,357.80 |
| Andrew M. Berdon | Partner | 2,215.50 | $ 953.52 | $ 2,112,516.35 |
| Michael Rubin | Associate | 3,369.90 | $ 526.44 | $ 1,774,045.20 |
| Marlo Pecora | Partner | 2,636.20 | $ 657.20 | $ 1,732,507.82 |
| Joshua Stanton | Associate | 1,626.80 | $ 546.01 | $ 888,248.00 |
| Emily M. Smith | Associate | 1,582.50 | $ 525.24 | $ 831,193.50 |
| Khaleel Ismail | Attorney | 2,273.20 | $ 330.54 | $ 751,377.00 |
| Jaclyn Palmerson | Associate | 1,119.70 | $ 652.00 | $ 730,040.99 |
| Todd Anten | Partner | 804.00 | $ 839.60 | $ 675,037.82 |
| Thomas Bridges | Associate | 1,328.40 | $ 492.79 | $ 654,622.00 |
| James Lee | Associate | 1,374.60 | $ 461.87 | $ 634,893.00 |
| Lena Valentin | Attorney | 1,801.50 | $ 329.11 | $ 592,895.00 |
| Mario Gazzola | Associate | 752.00 | $ 754.08 | $ 567,070.91 |
| J. Matthew Hamann | Associate | 872.40 | $ 601.07 | $ 524,376.00 |
| Todd Beattie | Associate | 888.10 | $ 584.23 | $ 518,850.25 |
| Hannah Dawson | Associate | 951.00 | $ 518.76 | $ 493,338.44 |
| Michael Guerrero | Paralegal | 1,623.50 | $ 297.14 | $ 482,408.91 |
| Paul Gelbard | Attorney | 1,462.80 | $ 324.10 | $ 474,094.00 |
| John H. Chun | Counsel | 642.40 | $ 701.38 | $ 450,564.00 |
| Nicholas A.S. Hoy | Partner | 504.90 | $ 874.51 | $ 441,537.80 |
| Guyon H. Knight | Associate | 652.60 | $ 639.73 | $ 417,490.50 |
| Isabelle Foucard | Attorney | 1,186.00 | $ 330.70 | $ 392,215.00 |
| Leigha Empson | Associate | 495.80 | $ 757.50 | $ 375,566.42 |
| Eileen Rivera | Lit Support | 2,121.10 | $ 173.98 | $ 369,029.50 |
| Marika Szczech | Attorney | 1,051.40 | $ 346.22 | $ 364,010.56 |
| James Harris | Attorney | 1,044.60 | $ 330.66 | $ 345,405.00 |
| Jamie L. Berardino | Attorney | 1,032.10 | $ 331.45 | $ 342,091.00 |
| Dylan Scher | Associate | 622.80 | $ 546.76 | $ 340,523.10 |
| Jocelyn Rettic | Attorney | 992.00 | $ 330.41 | $ 327,768.88 |
| Elizabeth Walker | Attorney | 988.30 | $ 330.00 | $ 326,139.00 |
| Kimberly Moore | Attorney | 966.50 | $ 330.24 | $ 319,174.00 |
| Minoti Patel | Attorney | 895.80 | $ 329.07 | $ 294,785.00 |
| Casey Downing | Associate | 582.50 | $ 496.16 | $ 289,011.00 |
| Alex Jennison | Attorney | 848.80 | $ 330.09 | $ 280,182.13 |
| Alexander Wentworth-Ping | Associate | 537.50 | $ 520.80 | $ 279,929.00 |
| Lisa Slocum | Attorney | 812.40 | $ 330.84 | $ 268,773.00 |
| Stephanie Solomon | Associate | 440.40 | $ 557.08 | $ 245,340.00 |
| Shahreen Mehjabeen | Trial Specialist | 699.40 | $ 291.28 | $ 203,723.78 |
| Daphna Heisler | Attorney | 478.50 | $ 330.28 | $ 158,037.00 |
| Nicole Molee | Associate | 342.40 | $ 372.27 | $ 127,464.92 |
| Kimberly Carson | Associate | 225.60 | $ 525.00 | $ 118,440.00 |
| David Fein | Attorney | 250.20 | $ 320.00 | $ 80,064.00 |
| John Bash | Partner | 72.40 | $ 1,047.08 | $ 75,808.40 |
| David M. Cooper | Partner | 40.60 | $ 735.00 | $ 29,841.00 |
| Izidor Hrncic | Lit Support | 152.20 | $ 175.00 | $ 26,635.00 |
| Sara Turk | Associate | 52.60 | $ 505.60 | $ 26,594.41 |
| Dustin Fire | Law Clerk | 60.50 | $ 371.30 | $ 22,463.65 |

| Name | Role | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Tyler Stapleton | Paralegal | 68.80 | $ 304.84 | $ 20,973.15 |
| Geneva McDaniel | Associate | 31.10 | $ 650.00 | $ 20,215.00 |
| Christopher Michel | Partner | 18.70 | $ 1,015.15 | $ 18,983.31 |
| Brahim Benni | Lit Support | 113.20 | $ 138.42 | $ 15,668.63 |
| Barbara J Howell | Paralegal | 47.00 | $ 300.00 | $ 14,100.00 |
| Chloe Neely | Associate | 30.40 | $ 460.00 | $ 13,984.00 |
| Konstantin Dementiev | Lit Support | 74.30 | $ 164.47 | $ 12,220.43 |
| Kathleen Sullivan | Partner | 7.20 | $ 1,449.70 | $ 10,437.88 |
| Stella Li | Associate | 21.20 | $ 416.04 | $ 8,820.00 |
| Molly Webster | Associate | 15.90 | $ 515.00 | $ 8,188.50 |
| Henry E. Gonzales | Paralegal | 19.60 | $ 280.00 | $ 5,488.00 |
| Kate Shih | Partner | 4.00 | $ 758.00 | $ 3,032.00 |
| James Bandes | Lit Support | 12.80 | $ 197.50 | $ 2,528.00 |
| Jonathan Land | Lit Support | 6.20 | $ 365.00 | $ 2,263.00 |
| Anand Rajkumar | Lit Support | 12.80 | $ 169.96 | $ 2,175.43 |
| Gabby Trevino | Paralegal | 5.60 | $ 321.00 | $ 1,797.60 |
| Jet Ma | Lit Support | 12.70 | $ 138.25 | $ 1,755.78 |
| Helen J. Adler | Associate | 2.80 | $ 575.00 | $ 1,610.00 |
| Anthony Bentancourt | Lit Support | 8.90 | $ 168.81 | $ 1,502.38 |
| Dave Scholz | Graphics Coordinator | 2.90 | $ 274.04 | $ 794.72 |
| Keith Errick | Lit Support | 1.80 | $ 175.00 | $ 315.00 |
| Raul Vasquez | Lit Support | 1.80 | $ 175.00 | $ 315.00 |
| James Zhang | Lit Support | 1.20 | $ 175.00 | $ 210.00 |
| Jose Ceron | Lit Support | 1.50 | $ 138.25 | $ 207.38 |
| Aaron Alcantara | Lit Support | 0.90 | $ 175.00 | $ 157.50 |
| **Totals and Average** | | **72,293.70** | **$ 553.98** | **$ 40,049,509.48** |

**Most Recent Time Entry**     9/5/2023

| Name | Title | Total Hrs | Avg Billing Rate | Total Billed |
|---|---|---|---|---|
| Yetter, R. Paul | Partner | 1,266.4 | $ 846.48 | $ 1,071,985.68 |
| Martinez, Grant B. | Partner | 1,295.7 | $ 464.66 | $ 602,063.05 |
| McConn, Timothy S. | Partner | 548.3 | $ 797.01 | $ 437,002.00 |
| Griffith, Douglas S. | Senior Counsel | 681.4 | $ 538.24 | $ 366,755.10 |
| Simpson, Reagan W. | Partner | 386.4 | $ 853.48 | $ 329,786.00 |
| Pfeiffer, Connie H. | Partner | 318.6 | $ 884.21 | $ 281,708.70 |
| Fraase, Bonnie | Associate | 513.2 | $ 528.83 | $ 271,396.20 |
| Downing, Casey | Associate | 518.3 | $ 513.72 | $ 266,260.50 |
| Ross, Autry W. | Of Counsel | 353.3 | $ 542.78 | $ 191,765.10 |
| Vacek, Steven C. | Paralegal | 730.5 | $ 183.72 | $ 134,207.54 |
| Ellis, Robert K. | Partner | 240.9 | $ 376.67 | $ 90,739.94 |
| Ingram, Andrew | Associate | 162.2 | $ 458.08 | $ 74,300.00 |
| Dean, Delonda | Paralegal | 150.3 | $ 193.27 | $ 29,048.00 |
| Prince, Lisa | Paralegal | 39.5 | $ 179.79 | $ 7,101.90 |
| Ward, Christian J. | Senior Counsel | 7.1 | $ 570.00 | $ 4,047.00 |
| Ebdon, Tracey L. | Lit Support | 17.5 | $ 127.54 | $ 2,232.00 |
| Bingham, Kevin | Lit Support | 9.0 | $ 180.00 | $ 1,620.00 |
| Richey, Samantha | Paralegal | 6.6 | $ 166.36 | $ 1,098.00 |
| Bogale, Samuel K. | Lit Support | - | $ - | $ - |
| Callahan, Bryce L. | Partner | - | $ - | $ - |
| Gibson, Brenda G. | Paralegal | 2.1 | $ - | $ - |
| Ray, Jane | Senior Counsel | - | $ - | $ - |
| Wofford, Pamela | Paralegal | 4.3 | $ - | $ - |
| **Totals and Average** | | **7,251.60** | **$ 574.10** | **$ 4,163,116.71** |

**Most Recent Time Entry**     2/29/2024

| Name | Title | Total Hrs | Avg Billing Rate | Total Billed |
|---|---|---|---|---|
| Lovitt, Traci | Partner | 369.70 | $ 888.51 | $ 328,481.00 |
| Francisco, Noel | Partner | 25.40 | $ 877.60 | $ 22,291.00 |
| Aguiñaga, J. Benjamin | Associate | 11.30 | $ 650.80 | $ 7,354.00 |
| Froemming, John | Partner | 0.00 | $ - | $ - |
| **Totals and Average** | | **406.40** | **$ 881.22** | **$ 358,126.00** |

**Most Recent Time Entry**     5/6/2024

| Name | Title | Total Hrs | Avg Billing Rate | Total Billed |
|---|---|---|---|---|
| Paul Clement | Partner | 178.00 | $ 2,313.90 | $ 411,875.00 |
| Andrew Lawrence | Partner | 220.75 | $ 1,244.11 | $ 274,637.50 |
| Trevor Ezell | Associate | 186.50 | $ 1,130.00 | $ 210,745.00 |
| Erin Murphy | Partner | 113.60 | $ 1,797.45 | $ 204,190.00 |
| Joseph DeMott | Attorney | 114.50 | $ 1,105.57 | $ 126,587.50 |
| Bartow Farr | Partner | 13.25 | $ 1,750.00 | $ 23,187.50 |
| Aviana Vergnetti | Paralegal | 26.75 | $ 424.95 | $ 11,367.50 |
| Chadwick Harper | Associate | 7.50 | $ 950.00 | $ 7,125.00 |
| Ashley Britton | Paralegal | 2.75 | $ 485.00 | $ 1,333.75 |
| Daniel Blatt | Non-Attorney | 4.00 | $ - | $ - |
| **Totals and Average** | | **867.60** | **$ 1,465.02** | **$ 1,271,048.75** |

**Most Recent Time Entry**     5/14/2024

| Month | Costs |
|---|---|
| Aug-22 | $ 7,248.00 |
| Sep-22 | $ 44,981.12 |
| Jan-23 | $ 17,667.50 |
| Apr-23 | $ 7,492.50 |
| May-23 | $ 11,012.82 |
| Aug-23 | $ 5,463.47 |
| Sep-23 | $ 3,145.00 |
| **Total** | **$ 97,010.00** |

**Most Recent Time Entry**   N/A

| Invoice Date | Total |
|---:|---:|
| 12/1/2022 | $ 11,210.00 |
| 1/27/2023 | $ 1,411.84 |
| 6/30/2023 | $ 1,808.80 |
| **Total** | **$ 14,431.00** |

**Most Recent Time Entry**   N/A

| Firm | Name | Title | Year | Rate |
|---|---|---|---|---|
| C&M | Andrew Lawrence | Partner | 2022 | $ 1,150.00 |
| C&M | Andrew Lawrence | Partner | 2023 | $ 1,350.00 |
| C&M | Andrew Lawrence | Partner | 2024 | $ 1,450.00 |
| C&M | Ashley Britton | Paralegal | 2023 | $ 485.00 |
| C&M | Aviana Vergnetti | Paralegal | 2022 | $ 405.00 |
| C&M | Aviana Vergnetti | Paralegal | 2023 | $ 425.00 |
| C&M | Aviana Vergnetti | Paralegal | 2024 | $ 450.00 |
| C&M | Bartow Farr | Partner | 2023 | $ 1,750.00 |
| C&M | Chadwick Harper | Associate | 2023 | $ 950.00 |
| C&M | Daniel Blatt | Non-Attorney | 2023 | $ - |
| C&M | Erin Murphy | Partner | 2022 | $ 1,750.00 |
| C&M | Erin Murphy | Partner | 2023 | $ 1,850.00 |
| C&M | Erin Murphy | Partner | 2024 | $ 1,950.00 |
| C&M | Joseph DeMott | Attorney | 2023 | $ 1,100.00 |
| C&M | Joseph DeMott | Attorney | 2024 | $ 1,250.00 |
| C&M | Paul Clement | Partner | 2022 | $ 2,250.00 |
| C&M | Paul Clement | Partner | 2023 | $ 2,350.00 |
| C&M | Paul Clement | Partner | 2024 | $ 2,450.00 |
| C&M | Trevor Ezell | Associate | 2022 | $ 1,130.00 |
| C&M | Trevor Ezell | Associate | 2023 | $ 1,130.00 |
| Jones Day | Aguiñaga, J. Benjamin | Associate | 2022 | $ 650.00 |
| Jones Day | Aguiñaga, J. Benjamin | Associate | 2023 | $ 665.00 |
| Jones Day | Francisco, Noel | Partner | 2022 | $ 875.00 |
| Jones Day | Francisco, Noel | Partner | 2023 | $ 875.00 |
| Jones Day | Francisco, Noel | Partner | 2024 | $ 985.00 |
| Jones Day | Froemming, John | Partner | 2023 | $ - |
| Jones Day | Lovitt, Traci | Partner | 2022 | $ 875.00 |
| Jones Day | Lovitt, Traci | Partner | 2023 | $ 920.00 |
| Jones Day | Lovitt, Traci | Partner | 2024 | $ 920.00 |
| QE | Aaron Alcantara | Lit Support | 2020 | $ 175.00 |
| QE | Alex Jennison | Attorney | 2017 | $ 320.00 |
| QE | Alex Jennison | Attorney | 2018 | $ 330.00 |
| QE | Alex Jennison | Attorney | 2019 | $ 340.00 |
| QE | Alex Jennison | Attorney | 2022 | $ 425.00 |
| QE | Alexander Wentworth-Ping | Associate | 2018 | $ 525.00 |
| QE | Alexander Wentworth-Ping | Associate | 2019 | $ 565.00 |
| QE | Anand Rajkumar | Lit Support | 2017 | $ 175.00 |
| QE | Anand Rajkumar | Lit Support | 2019 | $ 175.00 |
| QE | Anand Rajkumar | Lit Support | 2020 | $ 175.00 |
| QE | Anand Rajkumar | Lit Support | 2021 | $ 175.00 |
| QE | Anand Rajkumar | Lit Support | 2022 | $ 175.00 |
| QE | Andrew M. Berdon | Partner | 2017 | $ 900.00 |
| QE | Andrew M. Berdon | Partner | 2018 | $ 925.00 |
| QE | Andrew M. Berdon | Partner | 2019 | $ 990.00 |
| QE | Andrew M. Berdon | Partner | 2020 | $ 1,060.00 |
| QE | Andrew M. Berdon | Partner | 2021 | $ 1,320.00 |
| QE | Andrew M. Berdon | Partner | 2022 | $ 1,450.00 |
| QE | Anthony Bentancourt | Lit Support | 2020 | $ 175.00 |
| QE | Anthony Bentancourt | Lit Support | 2022 | $ 175.00 |
| QE | Barbara J Howell | Paralegal | 2019 | $ 300.00 |
| QE | Brahim Benni | Lit Support | 2021 | $ 175.00 |

| | | | | |
|---|---|---|---|---|
| QE | Brahim Benni | Lit Support | 2022 | $ 175.00 |
| QE | Casey Downing | Associate | 2017 | $ 495.00 |
| QE | Casey Downing | Associate | 2018 | $ 510.00 |
| QE | Chloe Neely | Associate | 2018 | $ 460.00 |
| QE | Christopher Michel | Partner | 2023 | $ 1,285.00 |
| QE | Daphna Heisler | Attorney | 2018 | $ 340.00 |
| QE | Dave Scholz | Graphics Coordinator | 2019 | $ 250.00 |
| QE | Dave Scholz | Graphics Coordinator | 2022 | $ 390.00 |
| QE | David Fein | Attorney | 2017 | $ 320.00 |
| QE | David M. Cooper | Partner | 2017 | $ 735.00 |
| QE | Donald Reinhard | Associate | 2017 | $ 495.00 |
| QE | Donald Reinhard | Associate | 2018 | $ 510.00 |
| QE | Donald Reinhard | Associate | 2019 | $ 565.00 |
| QE | Donald Reinhard | Associate | 2020 | $ 615.00 |
| QE | Donald Reinhard | Associate | 2021 | $ 975.00 |
| QE | Donald Reinhard | Associate | 2022 | $ 1,080.00 |
| QE | Donald Reinhard | Associate | 2023 | $ 1,080.00 |
| QE | Dustin Fire | Law Clerk | 2022 | $ 470.00 |
| QE | Dylan Scher | Associate | 2020 | $ 555.00 |
| QE | Dylan Scher | Associate | 2021 | $ 750.00 |
| QE | Dylan Scher | Associate | 2022 | $ 900.00 |
| QE | Eileen Rivera | Lit Support | 2017 | $ 175.00 |
| QE | Eileen Rivera | Lit Support | 2018 | $ 175.00 |
| QE | Eileen Rivera | Lit Support | 2019 | $ 175.00 |
| QE | Eileen Rivera | Lit Support | 2020 | $ 175.00 |
| QE | Eileen Rivera | Lit Support | 2021 | $ 175.00 |
| QE | Elizabeth Walker | Attorney | 2018 | $ 330.00 |
| QE | Elizabeth Walker | Attorney | 2019 | $ 330.00 |
| QE | Emily M. Smith | Associate | 2017 | $ 525.00 |
| QE | Emily M. Smith | Associate | 2018 | $ 535.00 |
| QE | Emily M. Smith | Associate | 2019 | $ 575.00 |
| QE | Gabby Trevino | Paralegal | 2020 | $ 321.00 |
| QE | Geneva McDaniel | Associate | 2017 | $ 650.00 |
| QE | Guyon H. Knight | Associate | 2019 | $ 615.00 |
| QE | Guyon H. Knight | Associate | 2020 | $ 660.00 |
| QE | Hannah Dawson | Associate | 2020 | $ 365.00 |
| QE | Hannah Dawson | Associate | 2021 | $ 700.00 |
| QE | Hannah Dawson | Associate | 2022 | $ 770.00 |
| QE | Hannah Dawson | Associate | 2023 | $ 935.00 |
| QE | Helen J. Adler | Associate | 2019 | $ 575.00 |
| QE | Henry E. Gonzales | Paralegal | 2018 | $ 280.00 |
| QE | Isabelle Foucard | Attorney | 2018 | $ 330.00 |
| QE | Isabelle Foucard | Attorney | 2019 | $ 340.00 |
| QE | Izidor Hrncic | Lit Support | 2017 | $ 175.00 |
| QE | Izidor Hrncic | Lit Support | 2018 | $ 175.00 |
| QE | J. Matthew Hamann | Associate | 2019 | $ 615.00 |
| QE | Jaclyn Palmerson | Associate | 2019 | $ 535.00 |
| QE | Jaclyn Palmerson | Associate | 2020 | $ 590.00 |
| QE | Jaclyn Palmerson | Associate | 2021 | $ 920.00 |
| QE | Jaclyn Palmerson | Associate | 2022 | $ 1,010.00 |
| QE | James Bandes | Lit Support | 2022 | $ 250.00 |
| QE | James Harris | Attorney | 2018 | $ 330.00 |

| | | | | |
|---|---|---|---|---|
| QE | James Harris | Attorney | 2019 | $ 340.00 |
| QE | James Lee | Associate | 2018 | $ 475.00 |
| QE | James Meehan | Associate | 2019 | $ 535.00 |
| QE | James Meehan | Associate | 2020 | $ 590.00 |
| QE | James Meehan | Associate | 2021 | $ 875.00 |
| QE | James Zhang | Lit Support | 2017 | $ 175.00 |
| QE | Jamie L. Berardino | Attorney | 2018 | $ 330.00 |
| QE | Jamie L. Berardino | Attorney | 2019 | $ 340.00 |
| QE | Jet Ma | Lit Support | 2020 | $ 175.00 |
| QE | Jocelyn Rettic | Attorney | 2018 | $ 330.00 |
| QE | Jocelyn Rettic | Attorney | 2019 | $ 340.00 |
| QE | Jocelyn Rettic | Attorney | 2022 | $ 425.00 |
| QE | John Bash | Partner | 2022 | $ 1,315.00 |
| QE | John Bash | Partner | 2023 | $ 1,445.00 |
| QE | John H. Chun | Counsel | 2017 | $ 685.00 |
| QE | John H. Chun | Counsel | 2018 | $ 705.00 |
| QE | Jonathan Land | Lit Support | 2018 | $ 365.00 |
| QE | Jose Ceron | Lit Support | 2022 | $ 175.00 |
| QE | Joshua Stanton | Associate | 2019 | $ 535.00 |
| QE | Joshua Stanton | Associate | 2020 | $ 575.00 |
| QE | Kate Shih | Partner | 2021 | $ 1,195.00 |
| QE | Kathleen Sullivan | Partner | 2022 | $ 1,750.00 |
| QE | Kathleen Sullivan | Partner | 2023 | $ 1,925.00 |
| QE | Keith Errick | Lit Support | 2017 | $ 175.00 |
| QE | Khaleel Ismail | Attorney | 2017 | $ 320.00 |
| QE | Khaleel Ismail | Attorney | 2018 | $ 330.00 |
| QE | Khaleel Ismail | Attorney | 2019 | $ 340.00 |
| QE | Kimberly Carson | Associate | 2017 | $ 525.00 |
| QE | Kimberly Carson | Associate | 2018 | $ 525.00 |
| QE | Kimberly Moore | Attorney | 2017 | $ 320.00 |
| QE | Kimberly Moore | Attorney | 2018 | $ 330.00 |
| QE | Kimberly Moore | Attorney | 2019 | $ 340.00 |
| QE | Konstantin Dementiev | Lit Support | 2018 | $ 175.00 |
| QE | Konstantin Dementiev | Lit Support | 2019 | $ 175.00 |
| QE | Konstantin Dementiev | Lit Support | 2020 | $ 175.00 |
| QE | Konstantin Dementiev | Lit Support | 2021 | $ 175.00 |
| QE | Konstantin Dementiev | Lit Support | 2022 | $ 175.00 |
| QE | Leigha Empson | Associate | 2021 | $ 875.00 |
| QE | Leigha Empson | Associate | 2022 | $ 965.00 |
| QE | Lena Valentin | Attorney | 2017 | $ 320.00 |
| QE | Lena Valentin | Attorney | 2018 | $ 330.00 |
| QE | Lena Valentin | Attorney | 2019 | $ 340.00 |
| QE | Lisa Slocum | Attorney | 2018 | $ 330.00 |
| QE | Lisa Slocum | Attorney | 2019 | $ 340.00 |
| QE | Marika Szczech | Attorney | 2017 | $ 320.00 |
| QE | Marika Szczech | Attorney | 2018 | $ 330.00 |
| QE | Marika Szczech | Attorney | 2019 | $ 450.00 |
| QE | Marika Szczech | Attorney | 2020 | $ 450.00 |
| QE | Marika Szczech | Attorney | 2021 | $ 450.00 |
| QE | Marika Szczech | Attorney | 2022 | $ 495.00 |
| QE | Mario Gazzola | Associate | 2021 | $ 875.00 |
| QE | Mario Gazzola | Associate | 2022 | $ 965.00 |

| | | | | |
|---|---|---|---|---|
| QE | Marlo Pecora | Partner | 2017 | $ 555.00 |
| QE | Marlo Pecora | Partner | 2018 | $ 570.00 |
| QE | Marlo Pecora | Partner | 2019 | $ 810.00 |
| QE | Marlo Pecora | Partner | 2020 | $ 865.00 |
| QE | Marlo Pecora | Partner | 2021 | $ 1,035.00 |
| QE | Marlo Pecora | Partner | 2022 | $ 1,140.00 |
| QE | Michael Guerrero | Paralegal | 2017 | $ 270.00 |
| QE | Michael Guerrero | Paralegal | 2018 | $ 280.00 |
| QE | Michael Guerrero | Paralegal | 2019 | $ 300.00 |
| QE | Michael Guerrero | Paralegal | 2020 | $ 321.00 |
| QE | Michael Guerrero | Paralegal | 2021 | $ 355.00 |
| QE | Michael Guerrero | Paralegal | 2022 | $ 390.00 |
| QE | Michael Guerrero | Paralegal | 2023 | $ 430.00 |
| QE | Michael Rubin | Associate | 2018 | $ 475.00 |
| QE | Michael Rubin | Associate | 2019 | $ 535.00 |
| QE | Michael Rubin | Associate | 2020 | $ 590.00 |
| QE | Michael Rubin | Associate | 2021 | $ 875.00 |
| QE | Minoti Patel | Attorney | 2017 | $ 320.00 |
| QE | Minoti Patel | Attorney | 2018 | $ 330.00 |
| QE | Molly Webster | Associate | 2019 | $ 515.00 |
| QE | Nicholas A.S. Hoy | Partner | 2020 | $ 865.00 |
| QE | Nicholas A.S. Hoy | Partner | 2021 | $ 1,035.00 |
| QE | Nicholas A.S. Hoy | Partner | 2022 | $ 1,140.00 |
| QE | Nicole Molee | Associate | 2022 | $ 770.00 |
| QE | Paul Gelbard | Attorney | 2017 | $ 320.00 |
| QE | Paul Gelbard | Attorney | 2018 | $ 320.00 |
| QE | Paul Gelbard | Attorney | 2019 | $ 340.00 |
| QE | Rachel Epstein | Partner | 2017 | $ 570.00 |
| QE | Rachel Epstein | Partner | 2018 | $ 755.00 |
| QE | Rachel Epstein | Partner | 2019 | $ 810.00 |
| QE | Rachel Epstein | Partner | 2020 | $ 865.00 |
| QE | Rachel Epstein | Partner | 2021 | $ 1,035.00 |
| QE | Rachel Epstein | Partner | 2022 | $ 1,140.00 |
| QE | Rachel Epstein | Partner | 2023 | $ 1,285.00 |
| QE | Raul Vasquez | Lit Support | 2020 | $ 175.00 |
| QE | Richard I. Werder Jr. | Partner | 2017 | $ 1,000.00 |
| QE | Richard I. Werder Jr. | Partner | 2018 | $ 1,030.00 |
| QE | Richard I. Werder Jr. | Partner | 2019 | $ 1,100.00 |
| QE | Richard I. Werder Jr. | Partner | 2020 | $ 1,190.00 |
| QE | Richard I. Werder Jr. | Partner | 2021 | $ 1,590.00 |
| QE | Richard I. Werder Jr. | Partner | 2022 | $ 1,750.00 |
| QE | Richard I. Werder Jr. | Partner | 2023 | $ 1,925.00 |
| QE | Sara Turk | Associate | 2021 | $ 700.00 |
| QE | Sara Turk | Associate | 2022 | $ 770.00 |
| QE | Shahreen Mehjabeen | Trial Specialist | 2017 | $ 270.00 |
| QE | Shahreen Mehjabeen | Trial Specialist | 2018 | $ 280.00 |
| QE | Shahreen Mehjabeen | Trial Specialist | 2019 | $ 300.00 |
| QE | Shahreen Mehjabeen | Trial Specialist | 2021 | $ 355.00 |
| QE | Shahreen Mehjabeen | Trial Specialist | 2022 | $ 390.00 |
| QE | Stella Li | Associate | 2019 | $ 470.00 |
| QE | Stephanie Solomon | Associate | 2018 | $ 570.00 |
| QE | Thomas Bridges | Associate | 2018 | $ 495.00 |

| | | | | |
|---|---|---|---|---|
| QE | Thomas Bridges | Associate | 2019 | $ 535.00 |
| QE | Todd Anten | Partner | 2017 | $ 735.00 |
| QE | Todd Anten | Partner | 2018 | $ 755.00 |
| QE | Todd Anten | Partner | 2020 | $ 870.00 |
| QE | Todd Anten | Partner | 2021 | $ 870.00 |
| QE | Todd Anten | Partner | 2022 | $ 1,205.00 |
| QE | Todd Beattie | Associate | 2017 | $ 495.00 |
| QE | Todd Beattie | Associate | 2018 | $ 495.00 |
| QE | Todd Beattie | Associate | 2019 | $ 565.00 |
| QE | Todd Beattie | Associate | 2020 | $ 615.00 |
| QE | Todd Beattie | Associate | 2021 | $ 975.00 |
| QE | Todd Beattie | Associate | 2022 | $ 1,075.00 |
| QE | Tyler Stapleton | Paralegal | 2021 | $ 355.00 |
| QE | Tyler Stapleton | Paralegal | 2022 | $ 390.00 |
| QE | Wesley Hartman | Associate | 2017 | $ 310.00 |
| QE | Wesley Hartman | Associate | 2018 | $ 475.00 |
| QE | Wesley Hartman | Associate | 2019 | $ 535.00 |
| QE | Wesley Hartman | Associate | 2020 | $ 590.00 |
| QE | Wesley Hartman | Associate | 2021 | $ 920.00 |
| QE | Wesley Hartman | Associate | 2022 | $ 1,045.00 |
| QE | Wesley Hartman | Associate | 2023 | $ 1,185.00 |
| YC | Bingham, Kevin | Lit Support | 2022 | $ 200.00 |
| YC | Bogale, Samuel K. | Lit Support | 2017 | $ 210.00 |
| YC | Callahan, Bryce L. | Partner | 2017 | $ 545.00 |
| YC | Dean, Delonda | Paralegal | 2018 | $ 185.00 |
| YC | Dean, Delonda | Paralegal | 2022 | $ 200.00 |
| YC | Dean, Delonda | Paralegal | 2023 | $ 200.00 |
| YC | Downing, Casey | Associate | 2021 | $ 660.00 |
| YC | Downing, Casey | Associate | 2022 | $ 550.00 |
| YC | Downing, Casey | Associate | 2023 | $ 550.00 |
| YC | Ebdon, Tracey L. | Lit Support | 2017 | $ 185.00 |
| YC | Ebdon, Tracey L. | Lit Support | 2018 | $ 185.00 |
| YC | Ebdon, Tracey L. | Lit Support | 2022 | $ 200.00 |
| YC | Ellis, Robert K. | Partner | 2017 | $ 420.00 |
| YC | Ellis, Robert K. | Partner | 2018 | $ 420.00 |
| YC | Ellis, Robert K. | Partner | 2019 | $ 525.00 |
| YC | Fraase, Bonnie | Associate | 2021 | $ 545.00 |
| YC | Fraase, Bonnie | Associate | 2022 | $ 575.00 |
| YC | Gibson, Brenda G. | Paralegal | 2017 | $ 185.00 |
| YC | Griffith, Douglas S. | Senior Counsel | 2021 | $ 570.00 |
| YC | Griffith, Douglas S. | Senior Counsel | 2022 | $ 570.00 |
| YC | Ingram, Andrew | Associate | 2022 | $ 575.00 |
| YC | Ingram, Andrew | Associate | 2023 | $ 500.00 |
| YC | Martinez, Grant B. | Partner | 2017 | $ 425.00 |
| YC | Martinez, Grant B. | Partner | 2018 | $ 425.00 |
| YC | Martinez, Grant B. | Partner | 2019 | $ 440.00 |
| YC | Martinez, Grant B. | Partner | 2020 | $ 525.00 |
| YC | Martinez, Grant B. | Partner | 2021 | $ 525.00 |
| YC | Martinez, Grant B. | Partner | 2022 | $ 550.00 |
| YC | Martinez, Grant B. | Partner | 2023 | $ 550.00 |
| YC | Martinez, Grant B. | Partner | 2024 | $ 550.00 |
| YC | McConn, Timothy S. | Partner | 2021 | $ 900.00 |

| | | | | |
|---|---|---|---|---|
| YC | McConn, Timothy S. | Partner | 2022 | $ 850.00 |
| YC | McConn, Timothy S. | Partner | 2023 | $ 850.00 |
| YC | Pfeiffer, Connie H. | Partner | 2022 | $ 910.00 |
| YC | Pfeiffer, Connie H. | Partner | 2023 | $ 910.00 |
| YC | Pfeiffer, Connie H. | Partner | 2024 | $ 910.00 |
| YC | Prince, Lisa | Paralegal | 2020 | $ 190.00 |
| YC | Prince, Lisa | Paralegal | 2022 | $ 200.00 |
| YC | Ray, Jane | Senior Counsel | 2022 | $ 560.00 |
| YC | Richey, Samantha | Paralegal | 2018 | $ 185.00 |
| YC | Richey, Samantha | Paralegal | 2021 | $ 200.00 |
| YC | Richey, Samantha | Paralegal | 2022 | $ 200.00 |
| YC | Ross, Autry W. | Of Counsel | 2021 | $ 570.00 |
| YC | Ross, Autry W. | Of Counsel | 2022 | $ 570.00 |
| YC | Simpson, Reagan W. | Partner | 2020 | $ 870.00 |
| YC | Simpson, Reagan W. | Partner | 2021 | $ 910.00 |
| YC | Simpson, Reagan W. | Partner | 2022 | $ 910.00 |
| YC | Simpson, Reagan W. | Partner | 2023 | $ 910.00 |
| YC | Vacek, Steven C. | Paralegal | 2017 | $ 185.00 |
| YC | Vacek, Steven C. | Paralegal | 2018 | $ 185.00 |
| YC | Vacek, Steven C. | Paralegal | 2019 | $ 185.00 |
| YC | Vacek, Steven C. | Paralegal | 2019 | $ 190.00 |
| YC | Vacek, Steven C. | Paralegal | 2020 | $ 190.00 |
| YC | Vacek, Steven C. | Paralegal | 2021 | $ 190.00 |
| YC | Vacek, Steven C. | Paralegal | 2022 | $ 200.00 |
| YC | Vacek, Steven C. | Paralegal | 2023 | $ 200.00 |
| YC | Ward, Christian J. | Senior Counsel | 2023 | $ 815.00 |
| YC | Wofford, Pamela | Paralegal | 2018 | $ 185.00 |
| YC | Wofford, Pamela | Paralegal | 2019 | $ 190.00 |
| YC | Yetter, R. Paul | Partner | 2017 | $ 845.00 |
| YC | Yetter, R. Paul | Partner | 2018 | $ 845.00 |
| YC | Yetter, R. Paul | Partner | 2019 | $ 890.00 |
| YC | Yetter, R. Paul | Partner | 2020 | $ 890.00 |
| YC | Yetter, R. Paul | Partner | 2021 | $ 935.00 |
| YC | Yetter, R. Paul | Partner | 2022 | $ 935.00 |
| YC | Yetter, R. Paul | Partner | 2023 | $ 935.00 |
| YC | Yetter, R. Paul | Partner | 2024 | $ 935.00 |

| All 4 Firm Combined | Year | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| **Associate** | | | | | | | | |
|   **C&M** | | | | | | | | |
|     Chadwick Harper | | | | | | | $ 950.00 | |
|     Trevor Ezell | | | | | | | $ 1,130.00 | $ 1,130.00 |
|   **Jones Day** | | | | | | | | |
|     Aguiñaga, J. Benjamin | | | | | | $ 650.00 | $ 665.00 | |
|   **QE** | | | | | | | | |
|     Alexander Wentworth-Ping | | $ 525.00 | $ 565.00 | | | | | |
|     Casey Downing | $ 495.00 | $ 510.00 | | | | | | |
|     Chloe Neely | | $ 460.00 | | | | | | |
|     Donald Reinhard | $ 495.00 | $ 510.00 | $ 565.00 | $ 615.00 | $ 975.00 | $ 1,080.00 | $ 1,080.00 | |
|     Dylan Scher | | | | $ 555.00 | $ 750.00 | $ 900.00 | | |
|     Emily M. Smith | $ 525.00 | $ 535.00 | $ 575.00 | | | | | |
|     Geneva McDaniel | $ 650.00 | | | | | | | |
|     Guyon H. Knight | | | $ 615.00 | $ 660.00 | | | | |
|     Hannah Dawson | | | | $ 365.00 | $ 700.00 | $ 770.00 | $ 935.00 | |
|     Helen J. Adler | | | $ 575.00 | | | | | |
|     J. Matthew Hamann | | | $ 615.00 | | | | | |
|     Jaclyn Palmerson | | | $ 535.00 | $ 590.00 | $ 920.00 | $ 1,010.00 | | |
|     James Lee | | $ 475.00 | | | | | | |
|     James Meehan | | | $ 535.00 | $ 590.00 | $ 875.00 | | | |
|     Joshua Stanton | | | $ 535.00 | $ 575.00 | | | | |
|     Kimberly Carson | $ 525.00 | $ 525.00 | | | | | | |
|     Leigha Empson | | | | | $ 875.00 | $ 965.00 | | |
|     Mario Gazzola | | | | | $ 875.00 | $ 965.00 | | |
|     Michael Rubin | | $ 475.00 | $ 535.00 | $ 590.00 | $ 875.00 | | | |
|     Molly Webster | | | $ 515.00 | | | | | |
|     Nicole Molee | | | | | | $ 770.00 | | |
|     Sara Turk | | | | | $ 700.00 | $ 770.00 | | |
|     Stella Li | | | $ 470.00 | | | | | |
|     Stephanie Solomon | | $ 570.00 | | | | | | |
|     Thomas Bridges | | $ 495.00 | $ 535.00 | | | | | |
|     Todd Beattie | $ 495.00 | $ 495.00 | $ 565.00 | $ 615.00 | $ 975.00 | $ 1,075.00 | | |
|     Wesley Hartman | $ 310.00 | $ 475.00 | $ 535.00 | $ 590.00 | $ 920.00 | $ 1,045.00 | $ 1,185.00 | |
|   **YC** | | | | | | | | |
|     Downing, Casey | | | | | $ 660.00 | $ 550.00 | $ 550.00 | |
|     Fraase, Bonnie | | | | | $ 545.00 | $ 575.00 | | |
|     Ingram, Andrew | | | | | | $ 575.00 | $ 500.00 | |
| **Attorney** | | | | | | | | |
|   **C&M** | | | | | | | | |
|     Joseph DeMott | | | | | | | $ 1,100.00 | $ 1,250.00 |
|   **QE** | | | | | | | | |
|     Alex Jennison | $ 320.00 | $ 330.00 | $ 340.00 | | | $ 425.00 | | |
|     Daphna Heisler | | $ 340.00 | | | | | | |
|     David Fein | $ 320.00 | | | | | | | |
|     Elizabeth Walker | | $ 330.00 | $ 330.00 | | | | | |
|     Isabelle Foucard | | $ 330.00 | $ 340.00 | | | | | |
|     James Harris | | $ 330.00 | $ 340.00 | | | | | |
|     Jamie L. Berardino | | $ 330.00 | $ 340.00 | | | | | |
|     Jocelyn Rettic | | $ 330.00 | $ 340.00 | | | $ 425.00 | | |
|     Khaleel Ismail | $ 320.00 | $ 330.00 | $ 340.00 | | | | | |
|     Kimberly Moore | $ 320.00 | $ 330.00 | $ 340.00 | | | | | |
|     Lena Valentin | $ 320.00 | $ 330.00 | $ 340.00 | | | | | |
|     Lisa Slocum | | $ 330.00 | $ 340.00 | | | | | |
|     Marika Szczech | $ 320.00 | $ 330.00 | $ 450.00 | $ 450.00 | $ 450.00 | $ 495.00 | | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Minoti Patel | $ | 320.00 | $ | 330.00 | | | | | | | | | | |
| Paul Gelbard | $ | 320.00 | $ | 320.00 | $ | 340.00 | | | | | | | | |
| **Counsel** | | | | | | | | | | | | | | |
|   QE | | | | | | | | | | | | | | |
|     John H. Chun | $ | 685.00 | $ | 705.00 | | | | | | | | | | |
| **Graphics Coordinator** | | | | | | | | | | | | | | |
|   QE | | | | | | | | | | | | | | |
|     Dave Scholz | | | | | $ | 250.00 | | | | | $ | 390.00 | | |
| **Law Clerk** | | | | | | | | | | | | | | |
|   QE | | | | | | | | | | | | | | |
|     Dustin Fire | | | | | | | | | | | $ | 470.00 | | |
| **Lit Support** | | | | | | | | | | | | | | |
|   QE | | | | | | | | | | | | | | |
|     Aaron Alcantara | | | | | | | $ | 175.00 | | | | | | |
|     Anand Rajkumar | $ | 175.00 | | | $ | 175.00 | $ | 175.00 | $ | 175.00 | $ | 175.00 | | |
|     Anthony Bentancourt | | | | | | | $ | 175.00 | | | $ | 175.00 | | |
|     Brahim Benni | | | | | | | | | $ | 175.00 | $ | 175.00 | | |
|     Eileen Rivera | $ | 175.00 | $ | 175.00 | $ | 175.00 | $ | 175.00 | $ | 175.00 | | | | |
|     Izidor Hrncic | $ | 175.00 | $ | 175.00 | | | | | | | | | | |
|     James Bandes | | | | | | | | | | | $ | 250.00 | | |
|     James Zhang | $ | 175.00 | | | | | | | | | | | | |
|     Jet Ma | | | | | | | $ | 175.00 | | | | | | |
|     Jonathan Land | | | $ | 365.00 | | | | | | | | | | |
|     Jose Ceron | | | | | | | | | | | $ | 175.00 | | |
|     Keith Errick | $ | 175.00 | | | | | | | | | | | | |
|     Konstantin Dementiev | | | $ | 175.00 | $ | 175.00 | $ | 175.00 | $ | 175.00 | $ | 175.00 | | |
|     Raul Vasquez | | | | | | | $ | 175.00 | | | | | | |
|   YC | | | | | | | | | | | | | | |
|     Bingham, Kevin | | | | | | | | | | | $ | 200.00 | | |
|     Bogale, Samuel K. | $ | 210.00 | | | | | | | | | | | | |
|     Ebdon, Tracey L. | $ | 185.00 | $ | 185.00 | | | | | | | $ | 200.00 | | |
| **Non-Attorney** | | | | | | | | | | | | | | |
|   C&M | | | | | | | | | | | | | | |
|     Daniel Blatt | | | | | | | | | | | $ | - | | |
| **Of Counsel** | | | | | | | | | | | | | | |
|   YC | | | | | | | | | | | | | | |
|     Ross, Autry W. | | | | | | | | | $ | 570.00 | $ | 570.00 | | |
| **Paralegal** | | | | | | | | | | | | | | |
|   C&M | | | | | | | | | | | | | | |
|     Ashley Britton | | | | | | | | | | | $ | 485.00 | | |
|     Aviana Vergnetti | | | | | | | | | $ | 405.00 | $ | 425.00 | $ | 450.00 |
|   QE | | | | | | | | | | | | | | |
|     Barbara J Howell | | | | | $ | 300.00 | | | | | | | | |
|     Gabby Trevino | | | | | | | $ | 321.00 | | | | | | |
|     Henry E. Gonzales | | | $ | 280.00 | | | | | | | | | | |
|     Michael Guerrero | $ | 270.00 | $ | 280.00 | $ | 300.00 | $ | 321.00 | $ | 355.00 | $ | 390.00 | $ | 430.00 |
|     Tyler Stapleton | | | | | | | | | $ | 355.00 | $ | 390.00 | | |
|   YC | | | | | | | | | | | | | | |
|     Dean, Delonda | | | $ | 185.00 | | | | | | | $ | 200.00 | $ | 200.00 |
|     Gibson, Brenda G. | $ | 185.00 | | | | | | | | | | | | |
|     Prince, Lisa | | | | | | | $ | 190.00 | | | $ | 200.00 | | |
|     Richey, Samantha | | | $ | 185.00 | | | | | $ | 200.00 | $ | 200.00 | | |
|     Vacek, Steven C. | $ | 185.00 | $ | 185.00 | $ | 375.00 | $ | 190.00 | $ | 190.00 | $ | 200.00 | $ | 200.00 |
|     Wofford, Pamela | | | $ | 185.00 | $ | 190.00 | | | | | | | | |
| **Partner** | | | | | | | | | | | | | | |
|   C&M | | | | | | | | | | | | | | |
|     Andrew Lawrence | | | | | | | | | $ | 1,150.00 | $ | 1,350.00 | $ | 1,450.00 |
|     Bartow Farr | | | | | | | | | | | $ | 1,750.00 | | |

|  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| Erin Murphy |  |  |  |  |  |  | $ 1,750.00 | $ 1,850.00 | $ 1,950.00 |
| Paul Clement |  |  |  |  |  |  | $ 2,250.00 | $ 2,350.00 | $ 2,450.00 |
| **Jones Day** |  |  |  |  |  |  |  |  |  |
| Francisco, Noel |  |  |  |  |  |  | $ 875.00 | $ 875.00 | $ 985.00 |
| Froemming, John |  |  |  |  |  |  |  | $ - |  |
| Lovitt, Traci |  |  |  |  |  |  | $ 875.00 | $ 920.00 | $ 920.00 |
| **QE** |  |  |  |  |  |  |  |  |  |
| Andrew M. Berdon | $ 900.00 | $ 925.00 | $ 990.00 | $ 1,060.00 | $ 1,320.00 | $ 1,450.00 |  |  |  |
| Christopher Michel |  |  |  |  |  |  |  | $ 1,285.00 |  |
| David M. Cooper | $ 735.00 |  |  |  |  |  |  |  |  |
| John Bash |  |  |  |  |  |  | $ 1,315.00 | $ 1,445.00 |  |
| Kate Shih |  |  |  |  | $ 1,195.00 |  |  |  |  |
| Kathleen Sullivan |  |  |  |  |  |  | $ 1,750.00 | $ 1,925.00 |  |
| Marlo Pecora | $ 555.00 | $ 570.00 | $ 810.00 | $ 865.00 | $ 1,035.00 | $ 1,140.00 |  |  |  |
| Nicholas A.S. Hoy |  |  |  | $ 865.00 | $ 1,035.00 | $ 1,140.00 |  |  |  |
| Rachel Epstein | $ 570.00 | $ 755.00 | $ 810.00 | $ 865.00 | $ 1,035.00 | $ 1,140.00 | $ 1,285.00 |  |  |
| Richard I. Werder Jr. | $ 1,000.00 | $ 1,030.00 | $ 1,100.00 | $ 1,190.00 | $ 1,590.00 | $ 1,750.00 | $ 1,925.00 |  |  |
| Todd Anten | $ 735.00 | $ 755.00 |  | $ 870.00 | $ 870.00 | $ 1,205.00 |  |  |  |
| **YC** |  |  |  |  |  |  |  |  |  |
| Callahan, Bryce L. | $ 545.00 |  |  |  |  |  |  |  |  |
| Ellis, Robert K. | $ 420.00 | $ 420.00 | $ 525.00 |  |  |  |  |  |  |
| Martinez, Grant B. | $ 425.00 | $ 425.00 | $ 440.00 | $ 525.00 | $ 525.00 | $ 550.00 | $ 550.00 | $ 550.00 |  |
| McConn, Timothy S. |  |  |  |  | $ 900.00 | $ 850.00 | $ 850.00 |  |  |
| Pfeiffer, Connie H. |  |  |  |  |  | $ 910.00 | $ 910.00 | $ 910.00 |  |
| Simpson, Reagan W. |  |  |  | $ 870.00 | $ 910.00 | $ 910.00 | $ 910.00 |  |  |
| Yetter, R. Paul | $ 845.00 | $ 845.00 | $ 890.00 | $ 890.00 | $ 935.00 | $ 935.00 | $ 935.00 | $ 935.00 |  |
| **Senior Counsel** |  |  |  |  |  |  |  |  |  |
| **YC** |  |  |  |  |  |  |  |  |  |
| Griffith, Douglas S. |  |  |  |  | $ 570.00 | $ 570.00 |  |  |  |
| Ray, Jane |  |  |  |  |  | $ 560.00 |  |  |  |
| Ward, Christian J. |  |  |  |  |  |  | $ 815.00 |  |  |
| **Trial Specialist** |  |  |  |  |  |  |  |  |  |
| **QE** |  |  |  |  |  |  |  |  |  |
| Shahreen Mehjabeen | $ 270.00 | $ 280.00 | $ 300.00 |  | $ 355.00 | $ 390.00 |  |  |  |